**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Gregory M. Gottschlich and Donald L. McNeil,
Petitioners,

v.

Strimpfel Custom Homes, Inc.; Joseph A. Reeve; Jerry L. Richardson; Coastal Surveying, Co., Inc.; Thomas N. Dye; Jan H. Dye; Ken Oliver; The Byrne Corporation, d/b/a Dunes Marketing Group; Laurich & Deeb, P.A.; Robert M. Deeb, Jr. and Charles H. Wiseman,
Defendants,

of whom Ken Oliver, The Byrne Corporation d/b/a Dunes Marketing Group, Laurich & Deeb, P.A., Robert M. Deeb, Jr. and Charles H. Wiseman are, Respondents.

Appellate Case No. 2013-000375

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Beaufort County
The Honorable Marvin H. Dukes, III, Circuit Court Judge

———————

Memorandum Opinion No. 2015-MO-013
Heard January 14, 2015 – Filed March 25, 2015

———————

# DISMISSED AS IMPROVIDENTLY GRANTED

Charles E. Carpenter, Jr., of Carpenter Appeals & Trial Support, LLC, of Columbia, for Petitioners.

Susan Taylor Wall and Henry Wilkins Frampton, both of McNair Law Firm, PA, of Charleston, Max G. Mahaffee, of Grimball & Cabaniss, LLC, of Charleston, for Respondents.

**PER CURIAM:** We granted certiorari to review the decision of the Court of Appeals in *Gottschlich v. Strimpfel Custom Homes, Inc.*, Op. No. 2012-UP-676 (S.C. Ct. App. filed Dec. 19, 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**